Lara C. de Leon CA Bar No. 270252
lara.deleon@ogletreedeakins.com
Serafin Tagarao CA Bar No. 289885
serafin.tagarao@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendants
AUTOZONE WEST, INC., a Delaware Corporation;
PAUL C. YOON, in his individual and representative
capacity as Trustee-Paul & Helen Yoon 2001 Trust; and
HELEN W. YOON, in her individual and representative
capacity as Trustee-Paul & Helen Yoon 2001 Trust

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>       Plaintiff,<br><br>       v.<br><br>PAUL C. YOON, in his individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust;  HELEN W. YOON, in her individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust; AUTOZONE WEST, INC., a Delaware Corporation; and DOES 1-10,<br><br>       Defendant. | Case No. 2:14-CV-01943-JAM-EFB<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Complaint Filed:   August 21, 2014<br>Trial Date:         None Set<br>Judge:              Hon. John A. Mendez |

**IT IS SO ORDERED:**

As the parties have so stipulated, the Clerk's Entry of Default against Defendants PAUL C. YOON, in his individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust; HELEN W. YOON, in her individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust, Docket No. 10, is hereby set aside.

DATED: October 16, 2014

                                                               /s/ John A. Mendez
                                                            Honorable John A. Mendez
                                                            U.S. DISTRICT COURT JUDGE