UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL C. YOON, in his individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust; HELEN W. YOON, in her individual and representative capacity as Trustee-Paul & Helen Yoon 2001 Trust; AUTOZONE WEST, INC., a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:14-CV-01943-JAM-EFB<br><br>[Assigned for all purposes to<br>The Honorable John A. Mendez]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES**<br><br>Action Filed:　August 21, 2014<br>Trail Date:　　March 7, 2016 |

1 Pursuant to the Stipulation of the parties filed on July 16, 2015, the deadline for expert witness disclosure is continued until September 24, 2015, and the deadline to supplement expert witness disclosures or designate rebuttal experts is continued to October 9, 2015.

**IT IS SO ORDERED.**

Dated: July 16, 2015            /s/ John A. Mendez
                                           Honorable John A. Mendez
                                           Judge of the United States District Court

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES

# PROOF OF SERVICE
*Scott Johnson v. Paul C. Yoon, et al.*
Case No. 2:14-CV-01943-JAM-EFB

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, California 92626.

On July 16, 2015, I served the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY ECF:** With the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 16, 2015, at Costa Mesa, California.

Diane Vo
Type or Print Name                Signature

## SERVICE LIST
*Scott Johnson v. Paul C. Yoon, et al.*
Case No. 2:14-CV-01943-JAM-EFB

| | |
|---|---|
| Raymond G. Ballister, Jr.<br>Mark Potter, Esq.<br>Phyl Grace, Esq.<br>CENTER FOR DISABILITY ACCESS<br>P.O. Box 262490<br>San Diego, CA 92196-2490<br><br>9845 Erma Road, Suite 300<br>San Diego, CA 92131<br>(858) 375-7385<br>Fax: (888) 422-5191 | Attorneys for Plaintiff<br>SCOTT JOHNSON |