UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL C YOON, in his individual and representative capacity as Trustee--Paul & Helen Yoon 2001 Trust;<br>HELEN W YOON, in her individual and representative capacity as Trustee--Paul & Helen Yoon 2001 Trust;<br>AUTOZONE WEST, INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01943-JAM-EFB<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 11/16/2015        /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE